**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: D. ERIK VON KIEL, : | |
| : | |
| D. ERIK VON KIEL, : | CIVIL ACTION NO. 12-972 |
|     Appellant, : | |
| : | |
| v. : | BANKRUPTCY NO. 10-21364 |
| : | |
| UNITED STATES TRUSTEE, : | |
|     Appellee. : | |

# ORDER

**AND NOW**, this 6th day of February 2013, having considered fully the briefs and the record on appeal, and for the reasons stated in the Opinion filed this day, it is hereby **ORDERED** that the Order of the Bankruptcy Court dated January 5, 2012 is **AFFIRMED**.

The Clerk is directed to **CLOSE** the case.

It is so **ORDERED**.

                                                  **BY THE COURT:**

                                                **/s/ Cynthia M. Rufe**

                                                _____
                                                **CYNTHIA M. RUFE, J.**